# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**THOMAS HANDY,**

    **Plaintiff,**

**v.**                                           **Case No.  8:03-cv-2451-T-30MSS**

**PERFORMANCE FOOD GROUP COMPANY,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

    The Court has been advised via a Mediation Report (Dkt. #34) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

    **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida on June 9, 2005.

                                                               JAMES S. MOODY, JR.
                                                               UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2003\03-cv-2451.dismissal.wpd